## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Subpoena in | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-mp- 20001 |
| | ) | |
| v. | ) | |
| | ) | |
| ASSOCIATED COMMUNITY | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF MOTION OF NONPARTY
### FEDERAL TRADE COMMISSION TO QUASH OR MODIFY SUBPOENA

The United States, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court that because of the withdrawal by Associated Community Services, Inc. (ACS) of the Notice of Deposition and the Subpoena [#136] in the adversary proceeding pending in the U.S. Bankruptcy Court in the Eastern District of Michigan, that is, *United States v. ACS*, Case No. 15-ap-5029, Bank. No. 14-44095 (PJS),  the United States is hereby withdrawing its Motion of NonParty Federal Trade Commission to Quash or Modify Subpoena [#1] and withdrawing its request for an associated hearing, both of which matters are now moot because of the withdrawal of the deposition notice and the subpoena.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NO. 415793

By:  _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney (Civil Division)
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7135 / (202) 514-8780 (Facsimile)
oliver.mcdaniel@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify on this date that I have served the foregoing Notice of Withdrawal of

Motion of Nonparty Federal Trade Commission to Quash or Modify Subpoena upon all

interested parties to this proceeding, by causing true and correct copies thereof to be sent by

email and placed in the United States mail, postage prepaid, addressed as follows:

        John J. Stockdale, Jr., Esq.
        Shanna M. Kaminski, Esq.
        SCHAFER AND WEINER, PLLC
        40950 Woodward Ave., Ste. 100
        Bloomfield Hills, Michigan 48304
        (248) 540-3340
        skaminski@schaferandweiner.com

        Kevin Erskine
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        (313) 226-9610
        Email: kevin.erskine@usdoj.gov

        John Arthur Lindquist
        Office of Civil Litigation
        555 4th St., N.W. , Room 7203
        Washington, D.C.  20001
        (202) 307-6561
        Email: john.a.lindquist@usdoj.gov

        Jeffrey Nathan Nunez
        P.O. Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        (202) 616-5218
        Email: jeffrey.n.nunez@usdoj.gov

Date:     July 21, 2016

                       /s/
                  OLIVER W. McDANIEL
                  Assistant United States Attorney